1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MOORE,<br><br>                Petitioner,<br><br>      v.<br><br>KEN CLARK,<br><br>                Respondent. | Case No. CV 19-9811 MRW<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: October 2, 2020

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE